**FILED**

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES          :
                       :   Case No. 06-0393-MJ
v.                     :
                       :
JOSE L. SINTUJ-FLORES  :

ooooOoooo

## ORDER

Upon consideration of the Unopposed Motion of defendant Jose L. Sintuj-Flores to continue detention hearing and to exclude Speedy Trial time and good cause having been shown, it is this 18th day of October, 2006,

**ORDERED:**

1) the detention hearing as to Mr. Sintuj-Flores be, and the same hereby, is continued to November 1, 2006 at 9:30am;

2) a period of time from the last hearing to and including November 1, 2006, a total of 21 days be, and the same hereby, is excluded because the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial for purposes of consideration of a pretrial disposition of the matter.

_____
Honorable Deborah A. Johnson
United States Magistrate Judge